## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-5119 |
| | : | |
| JERRY KESZNER, | : | |
|     Defendant. | : | |

## **ORDER**

**AND NOW**, this __30th__ day of ___June____, 2015, it is **ORDERED**, as stated during the hearing held on June 29, 2015, that Plaintiff's Motion for Entry of Default Judgment Against Defendant Jerry Keszner (ECF No. 11) is **DENIED** without prejudice.


                                                s/Anita B. Brody

                                            _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: