# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-5119 |
| | : | |
| JERRY KESZNER, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this _8th___ day of __September__, 2015, Plaintiff is **ORDERED** to show cause on or before **October 2, 2015** why this action should not be dismissed for lack of prosecution.

                                                  s/Anita B. Brody

                                            _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: